```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 03199
   VICTOR NAVARRO
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER


         Debtor
   SSN XXX-XX-6665


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/23/2007 and was confirmed 04/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was converted to chapter 7 after confirmation 07/27/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
INDYMAC BANK                 CURRENT MORTG       .00           .00           .00
INDYMAC BANK                 MORTGAGE ARRE       .00           .00           .00
INDYMACK BANK                NOTICE ONLY    NOT FILED          .00           .00
INDYMAC BANK                 NOTICE ONLY    NOT FILED          .00           .00
INDYMAC BANK                 NOTICE ONLY    NOT FILED          .00           .00
ST FARM BANK                 SECURED VEHIC       .00           .00           .00
STATE FARM                   NOTICE ONLY    NOT FILED          .00           .00
STATE FARM                   NOTICE ONLY    NOT FILED          .00           .00
ALLIED INTERSTATE            UNSECURED      NOT FILED          .00           .00
ALLIED INTERSTATE            NOTICE ONLY    NOT FILED          .00           .00
KURT J KOLAR ESQ             UNSECURED      NOT FILED          .00           .00
TIMOTHY K LIOU               NOTICE ONLY    NOT FILED          .00           .00
TIMOTHY K LIOU               NOTICE ONLY    NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC     UNSECURED       1157.40           .00           .00
FIRST NATIONAL BANK OF M     NOTICE ONLY    NOT FILED          .00           .00
FNB MARIN                    NOTICE ONLY    NOT FILED          .00           .00
FIRST NATIONAL BANK OF M     NOTICE ONLY    NOT FILED          .00           .00
GREAT SENECA FINANCIAL C     NOTICE ONLY    NOT FILED          .00           .00
GREAT SENECA FINANCIAL C     NOTICE ONLY    NOT FILED          .00           .00
GUUSTAVO H SANTANA           UNSECURED      NOT FILED          .00           .00
LVNV FUNDING                 UNSECURED      NOT FILED          .00           .00
LVNV FUNDING                 NOTICE ONLY    NOT FILED          .00           .00
AT&T WIRELESS                UNSECURED        270.17           .00           .00
PALISADES COLLECTION         NOTICE ONLY    NOT FILED          .00           .00
STATE FARM MUTUAL AUTO       UNSECURED       6653.50           .00           .00
STATE FARM MUTUAL AUTO       NOTICE ONLY    NOT FILED          .00           .00
ROSA NAVARRO                 NOTICE ONLY    NOT FILED          .00           .00
TIMOTHY K LIOU               UNSECURED       8784.95           .00           .00
DEUTSCHE BANK NATIONAL T     NOTICE ONLY    NOT FILED          .00           .00
ROUNDUP FUNDING LLC          UNSECURED        138.28           .00           .00
LEDFORD & WU                 DEBTOR ATTY    1,500.00                      422.10
TOM VAUGHN                   TRUSTEE                                       27.90

                       PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 03199 VICTOR NAVARRO
```

```
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       450.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                        422.10
TRUSTEE COMPENSATION                                   27.90
DEBTOR REFUND                                            .00
                          ---------------      ---------------
TOTALS                        450.00                  450.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 10/16/07                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 07 B 03199 VICTOR NAVARRO